| | |
|---|---|
| DEFENDANT: | JOSEPH EUGENE CLEMENTS |
| YOB/AGE: | 1978 |
| COMPLAINT FILED? | _____ Yes     ____x___ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| OFFENSE(S): | (1) 21 U.S.C. § 846 Conspiracy to possess w/ intent to distribute a controlled substance<br>(2) 21 U.S.C. § 846 Conspiracy to manufacture a controlled substance<br>(3) 21 U.S.C. § 841(a)(1) Distribution of a controlled substance |
| LOCATION OF OFFENSE: | Boulder County, CO |
| PENALTY: | (1) 21 U.S.C. § 846: NMT 20 years imprisonment; NLT 3 years SR; NMT life SR; NMT $1,000,000 fine, or both; $100 SA<br>(2) 21 U.S.C. § 846: NMT 20 years imprisonment; NLT 3 years SR; NMT life SR; NMT $1,000,000 fine, or both; $100 SA<br>(3) 21 U.S.C. § 841(a)(1): NMT 20 years imprisonment; NLT 3 years SR; NMT life SR; NMT $1,000,000 fine, or both; $100 SA |
| AGENT: | HSI SA Kevin Vassighi |
| AUTHORIZED BY: | Andrea Surratt<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 x   five days or less _____ over five days

THE GOVERNMENT

X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is not applicable to this defendant.