## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kevin Vassighi, Special Agent with Homeland Security Investigations, being duly sworn, deposes and states under penalty of perjury that the following is true to the best of my information, knowledge, and belief.

## BACKGROUND

1. I am a Special Agent ("SA") with DHS/HSI and have been so employed since September 2015. I am currently assigned to the HSI Office of the Special Agent-in-Charge, Cyber-Financial & Emerging Technology Crimes Group in Denver, Colorado.  I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States, who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Titles 18 and 21 of the United States Code.  I am charged with investigating what can generally be described as financial and smuggling crimes.  Examples of these types of crimes would include, money laundering, operating unlicensed money transmitting businesses, importation of controlled substances, and violations of the Bank Secrecy Act (31 U.S.C. 5311 et seq., the "BSA").  I have also been cross designated by the Drug Enforcement Administration to conduct controlled substance investigations and make arrests based on violations of Title 21 of the United States Code

2. I have successfully completed the Criminal Investigator Training Program ("CITP") and the Homeland Security Investigations Special Agent Training ("HSISAT") Program at the Federal Law Enforcement Training Center ("FLETC"), which included training in evaluating probable cause and executing search warrants.  After my initial training I was assigned to the HSI San Ysidro office within a Contraband Smuggling Group and gained experience in narcotics investigations and detection of controlled substance offenses.  I have also served within the HSI San Diego office, assigned to a Financial Investigations Task Force.

3. Prior to my employment as a Special Agent, I was a Supervisory Intelligence Research Specialist in the position of Section Chief within the HSI Office of Intelligence in Washington, DC.  I have also served as an Intelligence Research Specialist with HSI in the San Francisco office and at the El Paso Intelligence Center.  I have a Master's of Public Policy degree from George Mason University, a Master's of Science in Strategic Intelligence degree from the National Intelligence University, and a Bachelor's of Arts degree in Government and International Politics from George Mason University.

4. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth facts that I believe are necessary to establish probable cause to believe that JOSEPH EUGENE CLEMENTS violated Title 21, United States Code, Sections 841(a)(1) and 846 (distribution of a controlled substance; conspiracy to possess with intent to distribute a controlled substance; conspiracy to manufacture a controlled substance) (the "Subject Offenses").

5. The information contained within the affidavit is based on my training and experience, as well as information imparted to me by other law enforcement officers involved in this investigation.

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

# PROBABLE CAUSE

## 2017 Background to Investigation

7. On or about May 3, 2017, an HSI Special Agent ("SA") received information from an anonymous source of information ("SOI") that an individual using the address P.O. Box 339, Nederland, Colorado 80466 was selling "crystal" as a vendor on a particular darknet market using a particular moniker (the "Darknet Moniker").

8. On or about May 3, 2017, an HSI SA accessed the darknet market and located the vendor account of the Darknet Moniker. The vendor profile listed "DMT Pure Crystals" for sale. Under the "Product Description" tab on the vendor page, Darknet Moniker stated that they are the "largest supplier of DMT on [the darknet market]" and they have made N,N-Dimethyltryptamine ("DMT")[1] for five years. It also stated that they have the largest source of "mimosa trees available" and their "bark is made from the finest powdered Root Bark in the world."

9. On or about May 5, 2017, an HSI SA received the Application for Post Office Box for P.O. Box 339 (the "PO Box"). The application listed Akasha SONG at 54 Barker Road, Nederland, Colorado 80466 as the renter of the box. The listed telephone number was 713-614-0073 and the listed email address was akashasong@hotmail.com.

10. On May 5, 2017, an HSI SA conducted open-source queries and located a Facebook page in the name of Akasha SONG. The profile stated that the user lives in "Amsterdam, Netherlands" and was an "Investor at Bitcoin." The account posted photographs from Nederland, Colorado.

11. On or about June 15, 2017, an HSI SA located a U.S. Passport in the name of Joseph Eugene CLEMENTS, with an address listed of 100 Sunrise Ranch Road, Loveland, Colorado, 80538; telephone number 713-614-0073 (that is, the same phone number listed on the Akasha SONG PO Box, as described in paragraph 7, *supra*). The photograph on the U.S. Passport application was of the same individual on the Facebook account described in paragraph 10, *supra*, that is, "Akasha SONG."

12. As described below, I believe that CLEMENTS is involved in the operation of the Darknet Moniker online vendor moniker and that CLEMENTS uses the alias "Akasha Song" in furtherance of his drug trafficking activities.

## Clements Brokers DMT Shipments From Colorado

13. On or about September 22, 2021, a FedEx package from Brazil manifested as "cascaderaizdejuremapretamimosatenuiflorah" was inspected by U.S. Customs and Border Protection ("CBP"). The package was destined for a particular person at an address in Brooklyn, New York (the "Brooklyn Address"). The consignee phone number was 808-419-8737. Upon inspection, CBP found the package contained a brownish red shredded wood-like substance. A sample was tested by the CBP lab onsite yielding presumptive positive results for DMT. The total drug shipment weighed approximately 104.35 kilograms and was seized by CBP and transferred to HSI.

---

[1] DMT is a schedule I controlled substance.

2

14. On or about October 6, 2021, an HSI Task Force Officer ("TFO") acting in the capacity of an undercover officer ("UC") purported himself as a caller from "Prologis Cargo" (a FedEx sub-contractor for heavy packages in the NYC area). The UC contacted the phone number on the package, (808) 419-8737 (a phone number that, as described in paragraphs 16 and 17, *infra*, I believe is used by CLEMENTS) and learned the following:

    A. The UC spoke with a male caller ("Caller-1") who was informed by the UC there is a package for delivery to him.

    B. Caller-1 stated he was not aware of any pending packages and was the UC sure it was for him. The UC stated it was going to the Brooklyn Address. Caller-1 stated he is in Colorado.

    C. The UC told Caller-1 his phone number (808-419-8737) is on the shipping label. Caller-1 then stated the package is for a customer and he is the shipper, not the intended recipient of the package.

    D. Caller-1 stated the order was placed through his company and he would need to check his website order history for the correct recipient and contact information.

15. On or about October 7, 2021, the HSI TFO received a phone call from phone number (516) 838-5332. A male caller ("Caller-2") stated his name and that he was given this phone number by a vendor in relation to the whereabouts of his shipment. The TFO, acting again in the capacity of a UC employee of Prologis Cargo, told Caller-2 "we" (meaning Prologis, but actually HSI) attempted delivery two days ago to the destination address on the package. Caller-2 asked if the packages could be redelivered.

16. On or about October 22, 2021, the Honorable Kristen L. Mix signed a search warrant for AT&T to provide information including historical cell site data and subscriber information for phone number 808-419-8737. The historical cell site data revealed that 808-419-8737 connected to cell towers in Colorado on October 6, 2022, the same date of the UC phone call described in paragraph 14, *supra*. The subscriber for the account associated to 808-419-8737 is Joseph CLEMENTS.

17. On or about October 13, 2021, an HSI SA located another U.S. Passport application dated June 21, 2021, for Joseph Eugene CLEMENTS with an email address of akashasong@hotmail.com, and the primary contact phone number of 808-419-8737, that is, the same phone number listed on the parcel containing DMT intercepted en route to New York, as described in paragraph 13, *supra*, and the number used by Caller-1, as described in paragraph 14, *supra*.

18. Accordingly, I believe that CLEMENTS was Caller-1 and, from Colorado, brokered the parcel containing 104.35 kilograms of DMT to a customer in New York.

### CLEMENTS USES THE DARKNET MONIKER TO DISTRIBUTE DMT

19. In March 2022, an HSI Special Agent, conducted blockchain analysis of seized darknet marketplace data on bitcoin wallets associated with the vendor using the Darknet Moniker and traced several transactions of bitcoin being sent to two BitPay addresses. BitPay is a bitcoin payment service provider that facilitates the conversion of bitcoin to fiat currency and fiat currency to bitcoin. Information from BitPay revealed the following:

    A. The owners of the accounts receiving the darknet marketplace bitcoin were identified as Joseph Eugene CLEMENTS and another individual ("CC-1") who I believe conspires with CLEMENTS to distribute and manufacture DMT. Based on my training and experience, I am aware that darknet vendors such as the Darknet Moniker will often send their ill-gotten darknet bitcoin to providers such as BitPay in order convert the bitcoin into fiat currency or use the bitcoin to purchase goods and services.

    B. On or about March 16, 2021, CLEMENTS loaded $1,000, $2,000, and $3,000 worth of bitcoin into his BitPay account. As noted above, I believe that this bitcoin is the proceeds from the sale of controlled substances.

    C. On or about March 16, 2021, moments after the transactions described in paragraph 19(B), *supra*, CLEMENTS used his BitPay account to spend $4,771.85 at the USPS.com postal store.

20. As noted in paragraph 21, *infra*, I am aware that the Darknet Moniker uses the USPS to ship DMT to his customers. Further, I am aware from darknet drug investigations generally, and my training and experience, that darknet drug vendors make extensive use of the USPS to ship drug parcels around the United States. I also know that USPS.com provides individuals that ability to, among other things, purchase postage and shipping supplies. Finally, I am aware that a purchase of $4,771.85 from the USPS.com store is an extremely large purchase, even for a legitimate business. And I know from my instigation that CLEMENTS does not run a legitimate business that would require that amount of shipping supplies or postage. Accordingly, I believe that CLEMENTS's March 16, 2021, purchase from USPS.com was a purchase made in furtherance of, and to promote, his darknet drug trafficking business.

21. On or about April 1, 2022, using an undercover account, HSI made a purchase of 3.5 grams of DMT from the Darknet Moniker vendor account on a darknet marketplace and, subsequently, the following occurred:

    A. The DMT was shipped using the United States Postal Service to an undercover HSI Postal Box in the state of Colorado.

    B. The printed label showed a return address in Boulder, Colorado, where CLEMENTS lives.

    C. The parcel contained an orange powdery substance, consistent with the properties of DMT, weighed approximately 4.17 grams in its packaging. On June 14, 2022, laboratory analysis reported that the substance was, in fact, DMT.

22. On or about May 6, 2022, the Honorable S. Kato Crews authorized a search warrant for Apple, Inc. to provide information related to the account joeclements@me.com, which I believe from my investigation is used by CLEMENTS. Within the search warrant return, I located a document which appears to be a full-page document designed to print onto labels. If printed, the document would print 30 small labels, each of which appears as follows:

> **MUST READ**
> We put EXTRA DMT in this cartridge. This causes the solution to be extra thick. You will need to warm up the glass area with a lighter until the solution softens to liquid.
> *Enjoy the Extra Strength!*

23. In addition, on October 22, 2021, the Hon. Kristen L. Mix signed an order pursuant to 18 U.S.C. § 2703(d) for email account akashasong@hotmail.com, which I believe, from my investigation, is used by CLEMENTS. From this return, I determined that on July 6, 2021, CLEMENTS received an email from admin@vapepenswholesale.com. Based on open-source research, I determined that admin@vapepenswholesale.com is associated to a company called Vape Pens Wholesale, which, among other things, sells vape pen cartridges. I am also aware that a vape pen cartridge is an empty vessel that can be loaded with substances to smoke.

24. Based on my training and experience and familiarity with this investigation, I believe that CLEMENTS purchased empty vape cartridges, as described in paragraph 23, *supra*, to use to ship DMT to his darknet customers. I further believe that the labels described in paragraph 22, *supra*, were shipped with these cartridges, because I am aware that DMT can be smoked, such as out of a vape pen.

25. I am aware that darknet vendor using the Darknet Moniker sold, among other things, DMT in vape pen cartridges on his darknet vendor page.

26. Accordingly, I believe that CLEMENTS imports and brokers large DMT shipments, but also sells DMT on the darknet as the vendor using the Darknet Moniker.

### CLEMENTS AND CC-1 ARE INVOLVED IN A DRUG CONSPIRACY

27. On or about April 19, 2022, HSI received information from Coinbase for information related to Joseph CLEMENTS and Akasha SONG, and learned the following:

    A. Coinbase customer "Akasha SONG" uses email addresses akashasong@hotmail.com and bitcoinakasha@gmail.com.

    B. Coinbase data shows that CLEMENTS uses email address joeclements@me.com and phone number (713) 614-0073 (that is the phone number on the PO Box application associated to Akasha SONG, as described in paragraph 9, *supra*).

    C. Akasha SONG and Joseph CLEMENTS provided to Coinbase proof of identity, as required by Coinbase to satisfy Know Your Customer ("KYC") anti-money laundering requirements. The IDs show the two persons to be the same individual, as follows:

5



(Left: "Akasha SONG" with a presumably fraudulent Costa Rican ID; Right: Joseph CLEMENTS)

28. I have reviewed data from PayPal regarding a Venmo account associated to akashasong@hotmail.com, which I believe is used by CLEMENTS. The returns show several transactions with CC-1, using an email address I am aware is used by CC-1. I am aware that darknet vendors often pay their workers using electronic payment methods such as PayPal and Venmo.

29. On or about April 14, 2022, HSI Houston was notified about a shipment of nine packages from Brazil, destined for a residence in La Porte, TX, that was intercepted by CBP at the Memphis International Mail Facility (the "Brazil Packages"). The shipment was addressed to "AKASHA, RAW BRAZIL COSMETICS." It contained 191.55 kilograms of a substance that was field tested and presumptively identified as DMT.

30. On or about April 15, 2022, HSI Special Agents in Texas conducted a knock-and-talk operation in Texas regarding the Brazil Packages, as follows:

    A. HSI Special Agents travelled to the Texas destination address on the Brazil Packages and spoke with an individual ("Individual-1") who admitted to being paid to receive packages on behalf of CLEMENTS.

    B. Individual-1 further identified CC-1 as a Houston area-based associate of CLEMENTS. Individual-1 stated CC-1 has picked up similar packages over the course of the past year. Individual-1 has communicated with CC-1 via texting and other messaging apps regarding CC-1 picking up the previous packages on behalf of CLEMENTS.

31. On or about April 24, 2022, CLEMENTS landed at Denver International Airport following a trip in Europe. Law enforcement conducted surveillance and followed CLEMENTS from the airport to his residence in Boulder, Colorado. CLEMENTS was observed driving a gray Tesla bearing Texas license plate PSX7268.

32. On or about April 25, 2022, HSI Special Agents in Texas conducted a controlled delivery operation in La Porte, TX with respect to the Brazil Packages as follows, in substance and in part:

A. At approximately 11:40 a.m., at the direction of law enforcement, Individual-1 called CLEMENTS via the Telegram mobile application, which CLEMENTS answered. Individual-1 informed CLEMENTS that several FedEx boxes had been delivered to her home. CLEMENTS expressed surprise that parcels had arrived and stated that they were a "replacement" for the "shit that landed," but seemed pleased at the news. CLEMENTS told Individual-1 that he would arrange for pickup of the packages and payment to Individual-1 right away.

B. At approximately 12:06 p.m. CC-1 was observed accessing a vehicle outside his residence and approximately 22 minutes later departed enroute to Individual-1's residence. CC-1 was observed speaking on the phone while operating the vehicle.

C. HSI Houston left the drug-laden packages on the front porch area of the address of Individual-1. One of the packages contained approximately 21 kilograms of the originally packaged DMT and the other eight packages contained "sham" or simulated controlled substance.

D. Agents and Houston Police observed CC-1 park in the driveway of Individual-1's residence and load all nine packages into his van. CC-1 then departed the residence in his van. I believe, based on the sequence of events recounted herein, that CLEMENTS directed CC-1 to retrieve the boxes from Individual-1's house.

E. A marked Houston Police vehicle initiated a traffic stop on CC-1 several minutes later, after observing a traffic violation. CC-1 gave consent to search his van and all nine boxes were recovered. CC-1's phone was also seized.

F. CC-1 was interviewed by agents at the scene of the traffic. Among other things, CC-1 stated:

   i. He picked up the boxes for someone named "Akasha" who he claimed was a short female with blonde hair and lived in Baytown, Texas.

   ii. CC-1 gave conflicting statements about when he had last seen Akasha, first stating he saw her the night before and later saying it was a few days prior.

   iii. CC-1 further stated that he picked up the boxes from a friend's house in Deer Park.

G. Agents in Houston subsequently obtained a search warrant for CC-1's phone and learned that it had no data, which based on my training and experience indicates it had been remotely wiped of all data.

33. Based on the historical cell site data I have reviewed from CLEMENTS's phone, I believe that CLEMENTS was in the District of Colorado on April 25, 2022 and, accordingly, was in the District of Colorado when he directed CC-1 to Individual-1's home to pick up the DMT, in furtherance of a conspiracy to distribute and manufacture DMT.

34. On or about April 25, 2022, following the controlled delivery operation described above, at the direction of law enforcement officers, Individual-1 contacted CLEMENTS and asked him why there were cops at the house, and the following occurred, in substance and in part:

7

    A. CLEMENTS said, ". . . well, because if they know that we're making it, that's not – what – is not legal.  The bark itself is legal."

    B. CLEMENTS called Individual-1 back and told her: "Be careful to delete all of your communications with me, like everything we've ever said to each other."

    C. Individual-1 asked CLEMENTS what he is doing with "this," and he repeated the question back and then said, "The way it is right now it's legal, the way it can be done with it is illegal."  CLEMENTS also said, "What the hell you think I've been doing for my whole life – the last like ten years?  You know what I'm doing.  You know what I do."

    D. Later, CLEMENTS called Individual-1 back and said he was cleaning his house out because "they are probably going to come here, too."  CLEMENTS explained to Individual-1 that what had happened was a "controlled delivery" and that he was unable to get "ahold of" CC-1.  CLEMENTS said that when CC-1 "went to [Individual-1's] house to get the boxes, they obviously saw him do that."

    E. CLEMENTS said he wanted to get an attorney to ensure that Individual-1 is questioned properly so that law enforcement does not figure out what CLEMENTS described as their "nefarious intent" or "that we're making it."  CLEMENTS explained that the "place where it's made is at [CC-1's], he could go down for this . . . if they followed him to his house. . . .They may have followed him to his house and discovered the whole thing."  CLEMENTS said that it is "most likely" that CC-1 "has been arrested for making it."

    F. CLEMENTS again told Individual-1 to "delete all of our texts, and everything off your phone, and anything with the words 'Akasha Song' on it."  He repeated: "Delete all our communications."

35. Based on my training and experience, I believe that "bark" is a refence to unprocessed DMT, which appears as a bark-like substance.  Drug dealers sometimes purchase the raw bark to process into DMT that can be ingested by customers.  Here, however, the seized Brazil Packages contained powder, not bark, which I understand to be processed from bark.  I am also aware that this powder—and, sometimes, the bark itself—contains DMT, a schedule I controlled substance, which would make them illegal if the controlled substance was detected.  It is also my understanding that the powder form of DMT seized as described herein can also be manufactured or processed into a more concentrated form of DMT that is sold to end-users.  I believe, based on my training and experience and familiarity with this investigation, in the calls in paragraph 34, *supra*, CLEMENTS is explaining to Individual-1 that CLEMENTS and CC-1 imported the DMT in the Brazil Package with the intention to manufacture DMT at CC-1's house (the "place where it's made is at [CC-1's]") to sell to end users.

36. Approximately twenty minutes after a call between Individual-1 and CLEMENTS as described in paragraph 34, *supra*, a TFO observed (remotely via a surveillance van equipped with video transmission equipment) the trunk of the Tesla open outside of CLEMENTS's home in Boulder, Colorado, and a male walking along the passenger side of the vehicle.  There was a few second lag time due to the limited signal near the residence; however, when the camera updated again the trunk was closed, and a few seconds later the Tesla was no longer in the driveway.

37. On or about April 25, 2022, an HSI Special Agent accessed a darknet market and navigated to the Darknet Moniker's vendor page. The vendor page was in "vacation mode." On or about May 2, 2022, an HSI Special Agent navigated to the Darknet Moniker's vendor site and the page had been closed with the following text in the "About" section, "We are closed. Hurry and leave before the AI gets you."

38. On or about May 6, 2022, U.S. Magistrate Judge S. Kato Crews authorized a search warrant for an email account used by CC-1. I have learned from reviewing the contents of this email address that, among other things, in 2018, CC-1 appeared to join a Facebook group called "DMT: The entities." Though this is a private Facebook group so I cannot see the content of the posts in the group, the title of the group suggests that it is likely a group devoted to DMT.

39. On or about May 17, 2022, U.S. Magistrate Judge Nina Y. Wang authorized a search warrant for CC-1's iCloud account. I have learned from reviewing the contents of this account that, among other things:

    A. On or about April 27, 2022, two days after the shipment of DMT was seized from CC-1, someone using the name "Gerald" sent a message to CC-1 asking "Everything good, we'll [sic] as good as it can be?" CC-1 responded: "Yeah all good." I believe that "Gerald" was checking in on CC-1, knowing about the DMT seizure.

    B. On or about May 7, 2022, "Gerald" sent CC-1 a link to a news article titled "Texas man indicted for importing 'powerful psychedelic'" with a message that told CC-1 to "Take a look at this." The article reported on a federal criminal case in which a man had been indicted on drug trafficking charges for importing 4.5 kilograms of DMT from Brazil. CC-1 responded a few minutes later with: "Daaaaang," followed by what appears to be this emoji: 😳

    Based on my familiarity with this case, I believe that "Gerald," knowing about the events of April 25, 2022, in which CC-1 was caught with almost 200 kg of DMT imported from Brazil, sent the link to CC-1 to show CC-1 the legal consequences that could befall him. CC-1 responded with surprise and shock.

9

40. On May 27, 2022, a representative sample of the 191.55 kg DMT shipment from the Brazil Packages was delivered to the Colorado Bureau of Investigation laboratory for confirmatory testing. On June 14, 2022, I learned that the lab report concluded that the substance was DMT.

*s/ Kevin Vassighi*
Special Agent Kevin Vassighi
Homeland Security Investigations

Sworn to before me this  17th  day of June, 2022

Hon. S. Kato Crews
United States Magistrate Judge
District of Colorado

Affidavit reviewed and submitted by Andrea Surratt, Assistant United States Attorney.